AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Michael Vincent Ramos<br><br>*Defendant(s)* | Case No.  8:16MJ1044 TGW |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  unknown through February 1, 2016  in the county of  Hillsborough  in the  Middle  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. 5861(d) and (f) | possession of an unregistered firearm and unlawful manufacture of a firearm |

This criminal complaint is based on these facts:

See Affidavit Attached

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ATF SA Justin Mace
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  Feb. 1, 2016

_____
*Judge's signature*

City and state:  Tampa, Florida

Judge Thomas G. Wilson
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMIMAL COMPLAINT

I, Justin Mace, being first duly sworn, state as follows:

### I. INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent of the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF") and have been so employed for seven years. Prior to being an ATF agent, I was a District Security Officer for the United States Marshal Service and a Juvenile Correctional Officer for the State of West Virginia. I also served in the United States Army as an Enlisted and a Commissioned Officer. I served in combat deployments in Iraq and Afghanistan. I currently hold the Rank of Captain and serve as a "Medevac" Blackhawk Pilot and Platoon Leader in the Army Reserves.

2. I am currently assigned to the ATF Tampa Field Division, Group III. My responsibilities as a Special Agent include, among other things, conducting investigations involving violations of Titles 21 and 26 of the United States Code. As a Special Agent, I have investigated violations of federal firearms and narcotics laws and have helped execute numerous arrest and search warrants.

3. I have also attended the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia, where I received instruction in the recognition, identification, and prosecution of violations of federal firearms laws.

4. I have written this affidavit to show that there is probable cause to support a criminal complaint against Michael Vincent Ramos. Because this affidavit is made for the sole purpose of providing probable cause to support a complaint, I have not included every detail of my investigation, but only those

facts necessary to establish probable cause to believe that Ramos has violated 26 U.S.C. § 5861(d) and (f).

5. The information set forth below is either known to me personally though my training, experience, or observation, or was relayed to me by witnesses or other law enforcement personnel.

## II. BACKGROUND OF INVESTIGATION

6. On January 30, 2016, Kenneth Ray O'Neill, II contacted law enforcement and reported that he had seen between 4 and 6 pipe bombs and a sawed-off shot gun in the residence of Michael Vincent Ramos.

7. O'Neill has prior misdemeanor convictions for driving while license suspended, and possession of drug paraphernalia. He was also convicted in or around 2002 for felony transfer of destructive devices, specifically, pipe bombs. He has completed his sentence and has not received any funds or consideration for a reduction in sentence for the information he provided regarding Ramos.

8. O'Neill helped found Patriot Armor, Incorporated, a company that manufactures body armor and sells it to, among other people, law enforcement officers and firefighters. Ramos is the President of the company. O'Neill is both professionally and personally familiar with Ramos. O'Neill reported to law enforcement that, on or about January 16, 2016, he went to Ramos's residence. While in the residence, O'Neill saw, in a shoe-box-sized wooden crate in Ramos's bedroom, between four and six pipe bombs. As suggested by O'Neill's prior felony conviction for possessing destructive devices, O'Neill is personally familiar with pipe bombs. O'Neill believed the pipe bombs were made of

approximately 1¼ inch PVC pipe and had green fuses coming out of their end caps.

9. O'Neill asked Ramos if the items were bombs and Ramos said they were. Ramos said he had made them himself and that he had used his girlfriend's credit card to purchase all of the materials from Amazon. Ramos said he had made the "black powder" filler for the pipe bombs himself with pre-cursors he purchased off of Amazon. Ramos advised there was aluminum powder in one of the spice containers, "German something" in another spice container, and the finished black powder in another spice container. Furthermore, Ramos said he had added "bird shot" to the black powder and that it would kill the neighbors if one of the bombs went off. Ramos said he had used black powder instead of "flash powder" due to the instability of flash powder. O'Neill asked Ramos why he had the bombs and Ramos said something like "if shit hits the fan, you never know if you might need it."

10. On January 17, 2016, O'Neill and his brother, Ryan O'Neill—an officer of Patriot Arms and a former marine with no prior convictions—went back to Ramos's residence, intending to tell Ramos to get rid of the pipe bombs and to eject Ramos from the company. After they spoke to Ramos about the pipe bombs being dangerous and about possibly contacting law enforcement, Ramos became aggressive and said something like "So you're going to put me in jail?" Kenneth O'Neill became afraid, because Ramos was standing next to his AK-47. The brothers calmed Ramos down and re-assured him everything would be okay

3

moving forward. Out of concern for his response, they did not discuss Ramos's leaving the company.

11. At approximately 6:00pm on January 31, 2016, Kenneth O'Neill did a controlled call to Ramos, which I witnessed and recorded. During the call, O'Neill advised Ramos that he needed to get rid of the "boom booms." Ramos agreed to dispose of them but indicated that he did not know how, and was scared, to dispose of them. O'Neill told Ramos to secure or hide them. At the end of the call, O'Neill again told Ramos to secure the "boom booms," and Ramos indicated that they were secure.

12. On February 1, 2016, based on the information above, United States Magistrate Judge Thomas G. Wilson issued a search warrant (Case number 8:16-mj-1040-TGW) for Ramos's residence, which law enforcement officers executed later that day.

13. Inside Ramos's residence, law enforcement officers found approximately 8 pipe bombs, and what are currently believed to be smoke grenades and tear gas.

14. Law enforcement officers arrested Ramos and read him his Miranda rights. In a post-Miranda, recorded interview, Ramos admitted to me that he made numerous pipe bombs. He identified the websites where he learned to make bombs. He also described how he made them.

15. He told me he had purchased his fuses from Phantom Fireworks, and that he purchased other precursors, such as potassium nitrate, sulfur,

4

carbon, black powder, and aluminum powder, from Amazon. He purchased the PVC pipes from Home Depot.

16. Ramos told me he had tear gas and smoke grenades in his residence and that he got the tear gas from a website called Keepshooting.com.

17. Ramos further admitted that he had purchased a pump action Mossberg shotgun from a Lakeland Walmart and that he had cut the barrel down to 14.5 inches. He said he recently sold the firearm.

18. Ramos told me he was unhappy with the government and was part of a militia in St. Petersburg, Florida, called the United States Patriot Army.

19. Ramos further provided a written statement that said, among other things, that he had manufactured eight black-powder-based pipe bombs, for "preparedness/protective" reasons. He wrote that he never had any intention of harming anyone with the bombs. He also said he purchased a shotgun and cut the barrel down and that he similarly did not intend to harm anyone with the weapon.

## IV. CONCLUSION

20. Based on the facts and circumstances described above, there is probable cause showing that Ramos has violated 26 U.S.C. § 5861(d) and (f), which makes it a federal crime for any person to possess an unregistered firearm

and for any person to unlawfully manufacture a firearm. Accordingly, I respectfully request that the Court issue a complaint charging Ramos with these offenses.

_____
Justin Mace, Special Agent
Bureau of Alcohol, Tobacco and Firearms

Sworn to and subscribed before me this 1st day of February, 2016.

_____
THOMAS G. WILSON,
United States Magistrate Judge